**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| V. | ) CRIMINAL NO. DR-23-CR-1360-AM |
| | ) |
| **(1) MARTIN EDGAR GARZA PACHECO,** | ) |
| **(2) SHIDDARTHA SALINAS AVILA,** | ) |
| **(3) VICTOR ULYSSES YBARRA-DANIELS,** | ) |
| | ) |
| **Defendants.** | ) |

## ADVISORY REGARDING NOTICE OF FORFEITURE

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney and files this Advisory Regarding the Notice of Forfeiture and respectfully advises the Court as follows:

**I.**

The Indictment (ECF No. 14) included a notice of Demand for Forfeiture for a forfeiture money judgment for the violations charged in Counts One to Five.

**II.**

The United States advises the Court that it will not be pursuing a forfeiture money judgment against the defendants in the instant criminal case.

Respectfully submitted,

JAIME ESPARZA
United States Attorney

By: /s/
Antonio Franco, Jr.
Assistant United States Attorney
Asset Forfeiture Section
601 NW Loop 410, Suite 600
San Antonio, TX 78216
Tel: 210-384-7040
Fax: 210-384-7045
antonio.franco@usdoj.gov
Texas Bar No. 00784077

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2024, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participant(s):

**Gilberto Hernandez-Solano**
gilberto_hernandez-solano@fd.org
Attorney for Defendant MARTIN EDGAR GARZA PACHECO (1)

**Joey Contreras**
joey@rradc.com
Attorney for Defendant SHIDDARTHA SALINAS AVILA (2)

**Alfred G. Ramirez**
aramirez@mysanantonioattorney.com

**Shannon Willis Locke**
shannon@thelockelawgroup.com

Attorneys for Defendant VICTOR ULYSSES YBARRA-DANIELS (3)

/s/
Antonio Franco, Jr.
Assistant United States Attorney